IN THE UNITD STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Appellee ) <br> ) <br> v. ) <br> ) <br> TOBIAS DYER, ) <br> ) <br> Appellant ) <br> ) <br> ) | COA No. 13-4839 |

_____

### MOTION TO SUBSTITUTE COUNSEL AND FOR LEAVE TO ENTER APPEARANCE OF ABRAM J. PAFFORD AS COUNSEL FOR APPELLANT TOBIAS DYER

Please take notice that undersigned counsel hereby respectfully moves to be substituted as counsel of record for Appellant Tobias Dyer, and to enter an appearance in the above-captioned appeal on Mr. Dyer's behalf. The pertinent identification information for undersigned counsel is as follows:

**Abram J. Pafford (Virginia Bar No. 79999)**
**Pafford Lawrence & Childress PLLC**
**1100 Commerce Street**
**Lynchburg, VA 24504**
**(p): 434-528-6504**
**(f): 434-528-6509**
**apafford@pafflaw.com**

Undersigned counsel was contacted by a relative of Mr. Dyer's in March, and this relative, using their own funds, arranged to secure the services of undersigned counsel in connection with the pending appeal. Mr. Dyer's current counsel of record is Gregory Hunter. Undersigned counsel has spoken with Mr. Hunter concerning this motion, and Mr. Hunter has authorized undersigned

1

counsel to note that Mr. Hunter has no objection to the proposed substitution. Based on a conversation with a representative of the Clerk's Office on March 25, 2014, it is the understanding of undersigned counsel that the instant Motion to Substitute is the appropriate vehicle for conveying to the Court Mr. Hunter's consent to the proposed substitution.

Undersigned counsel recognizes that the consolidated opening brief in this matter is due to be filed on April 30, 2014. In anticipation of formally entering the case, undersigned counsel has already made substantial progress in reviewing the trial transcripts and pertinent record materials. Accordingly, undersigned counsel's appearance on behalf of Appellant Dyer, if granted, would not delay or impede the current briefing schedule that this Court has established in connection with this appeal. As noted below, the Government has indicated that it takes no position with respect to this motion or the relief requested herein. In support of this motion, undersigned counsel states as follows:

Based upon the foregoing, Appellant respectfully requests that the Court grant the motion to substitute Abram J. Pafford as counsel of record in this appeal in place of Gregory Hunter, and grant Mr. Pafford's motion for leave to enter an appearance as counsel of record for Appellant Tobias Dyer.

Respectfully submitted,

_____/s/_____

Abram J. Pafford (DC Bar No. 471378)
Pafford Lawrence & Childress PLLC
1100 Commerce Street
Lynchburg, VA  24504
p: (434) 528-6504
f:  (434) 528-6509
apafford@pafflaw.com

## Certificate of Service

  I certify that I have served a copy of the foregoing was filed with the Clerk of the Court, and served on counsel of record for the United States and for the co-appellants in this consolidated appeal, via electronic filing through the Fourth Circuit's CM/ECF system, on this 1st day of April, 2014.

>
> _____/s/_____
> Abram J. Pafford