IN THE UNITD STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Appellee<br><br>v.<br><br>TOBIAS DYER,<br><br>               Appellant | )<br>)<br>)<br>)<br>)<br>)   COA No. 13-4839<br>)<br>)<br>)<br>)<br>)<br>) |

_____

**APPELLANT TOBIAS DYER'S CONSENT MOTION FOR ONE-WEEK EXTENSION OF TIME FOR FILING APPELLANTS' CONSOLIDATED OPENING BRIEF**

      Appellant Tobias Dyer, by and through counsel, hereby respectfully submits this unopposed request for a one-week extension of the deadline for the filing of Appellants' consolidated opening brief in this appeal. In support of this motion, Appellant states as follows:

      1.     Under the current briefing schedule the consolidated brief on behalf of all four appellants is to be filed on April 30.

      2.     Undersigned counsel for Mr. Dyer, based upon communications with counsel for the lead co-appellant, has been apprised of the need for coordination and advance preparation of certain written work product in a way that materially affects the overall timetable for the necessary work in support of Mr. Dyer's appeal.

      3.     Undersigned counsel also wishes to have additional time to confer with Mr. Dyer, and the logistics of this effort are unusually challenging because Mr. Dyer is presently held in a

1

local correctional facility that does not have a fully standard process for facilitating timely legal calls between inmates and legal counsel.

4. For the foregoing reasons, undersigned counsel respectfully requests that that the due date for the consolidated brief be extended by one week, from Wednesday, April 30, to Wednesday, May 7.

5. Undersigned counsel has confirmed the acceptability of this request with Mr. Dyer's co-appellants through communication with counsel assigned to the lead co-appellant, Mr. Keith Reed.

6. Undersigned counsel has also spoken with Assistant United States Attorney Patricia Giles concerning this motion. AUSA Giles has confirmed that the Government has no objection to the requested one-week extension, and consents to the relief requested herein.

7. Based upon the foregoing, Appellant respectfully requests that the Court grant this motion and extend the deadline for filing Appellants' consolidated brief to April 7, 2014.

                                              Respectfully submitted,

                                              _____/s/_____

Abram J. Pafford (DC Bar No. 471378)
Pafford Lawrence & Childress PLLC
1100 Commerce Street
Lynchburg, VA  24504
p: (434) 528-6504
f:  (434) 528-6509
apafford@pafflaw.com

## Certificate of Service

      I certify that I have served a copy of the foregoing was filed with the Clerk of the Court, and served on counsel of record for the United States and for the co-appellants in this consolidated appeal, via electronic filing through the Fourth Circuit's CM/ECF system, on this 17th day of April, 2014.

                                                      _____/s/_____
                                                              Abram J. Pafford